**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Case No. 12-24715-AJC

ELIZABETH DONNA SARDINAS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/15/2012.

2) The plan was confirmed on 10/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/20/2016, 09/29/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 06/14/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 82.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $58,667.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $101,124.16 |
| Less amount refunded to debtor | $11,834.16 |

**NET RECEIPTS:**                                    **$89,290.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,935.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,498.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                **$6,433.11**

Attorney fees paid and disclosed by debtor:        $1,240.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 4,856.00 | 0.00 | 4,236.21 | 420.10 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 2,260.00 | 0.00 | 1,922.88 | 190.69 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,217.00 | 0.00 | 1,217.35 | 120.72 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 0.00 | 1,523.38 | 151.07 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 0.00 | 2,738.27 | 271.55 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 0.00 | 1,363.61 | 135.23 | 0.00 |
| APPLIED CARD BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AZUREA I, LLC | Unsecured | 651.00 | 0.00 | 651.72 | 64.63 | 0.00 |
| AZUREA I, LLC | Unsecured | 3,834.00 | 0.00 | 3,834.44 | 380.26 | 0.00 |
| BANK OF AMERICA | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | NA | 0.00 | 313.13 | 31.05 | 0.00 |
| BLAIR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, NA | Unsecured | 1,371.00 | 0.00 | 1,371.80 | 136.04 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITI CORP CREDIT SVCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 4,236.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,922.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS FIN GROUP, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DSNB | Unsecured | 1,512.00 | NA | NA | 0.00 | 0.00 |
| DSNB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DSNB/MACYS | Unsecured | 746.00 | 0.00 | 745.76 | 73.95 | 0.00 |
| DSNB/MACYS | Unsecured | NA | 0.00 | 1,512.20 | 149.96 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HILCO REC | Unsecured | 1,523.00 | NA | NA | 0.00 | 0.00 |
| HONORABLE ERIC HOLDER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HONORABLE JEFFREY SLOMAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HUDSON ACCEPT, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 1,580.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 0.00 | 1,580.41 | 156.73 | 0.00 |
| KOHLS DEPT STORES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 3,097.00 | 0.00 | 3,097.30 | 307.16 | 0.00 |
| MAIN STREET ACQ CORP | Unsecured | 3,588.00 | 0.00 | 3,559.84 | 353.03 | 0.00 |
| MRS ASSOCIATES, INC | Unsecured | 2,738.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR LOCATION SVCS, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE'S ALLIANCE CREDIT UNION | Secured | 28,322.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE'S ALLIANCE CREDIT UNION | Unsecured | NA | 0.00 | 12,086.94 | 1,198.65 | 0.00 |
| PEOPLE'S ALLIANCE FEDERAL CU | Unsecured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | 3,391.00 | 0.00 | 3,096.32 | 307.06 | 0.00 |
| PRA, LLC | Unsecured | 2,572.00 | 0.00 | 2,327.85 | 230.85 | 0.00 |
| PRA, LLC | Unsecured | 1,892.00 | 0.00 | 1,891.68 | 187.59 | 0.00 |
| PRA, LLC | Unsecured | 925.00 | 0.00 | 885.81 | 87.85 | 0.00 |
| PRA, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | 1,447.00 | 0.00 | 1,447.05 | 143.51 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 5,991.00 | 0.00 | 5,991.20 | 594.14 | 0.00 |
| SEVENTH AVENUE | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| SPECIAL ASSISTANT US ATTY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE USA INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE USA INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE USA INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES ATTORNEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BK, NA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE, II | Secured | 13,868.22 | 0.00 | 13,868.22 | 13,868.22 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE, I | Secured | 63,296.85 | 0.00 | 63,296.85 | 63,296.85 | 0.00 |
| WFNNB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $63,296.85 | $63,296.85 | $0.00 |
| Mortgage Arrearage | $13,868.22 | $13,868.22 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$77,165.07** | **$77,165.07** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$57,395.15** | **$5,691.82** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,433.11 |
| Disbursements to Creditors | $82,856.89 |
| | |
| **TOTAL DISBURSEMENTS :** | **$89,290.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2019                          By: /s/ Nancy K. Neidich
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**